DG:cr

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>23-CR-20123-KMM</u>**

**UNITED STATES OF AMERICA**

**v.**

**GUILHERME PEREIRA FONTANA CIPRIANI,**

      **Defendant.**

**<u>NOTICE OF APPEARANCE</u>**

The United States, by and through the undersigned Assistant United States Attorney Daren Grove, hereby files this Notice of Appearance as co-counsel for all forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

BY:   ***<u>Daren Grove</u>***
      Daren Grove (Court No. A5501243)
      Assistant United States Attorney
      E-mail: daren.grove@usdoj.gov
      500 E. Broward Boulevard, Suite 822
      Fort Lauderdale, Florida 33394
      Telephone: 954.660.5774
      Facsimile: 954.356.7180