UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: **23-20123-CR-MOORE**

   Plaintiff,

v.

GUILHERME CIPRIANI,

   Defendant.
_____/

## **STIPULATION APPROVING *NEBBIA* PROFFER**

The parties, United States of America, and Defendant, GUILHERME CIPRIANI, by and through undersigned counsel, hereby stipulate that the Court's requirements concerning the *Nebbia* Proffer of the Sixty-Thousand Dollar ($60,000.00) 10 % bond previously agreed to by the Parties has been satisfied by the Defendant. A copy of the *Nebbia* Proffer documents were submitted to AUSA Stefan Diaz Espinosa on Tuesday, May 9th, 2023.

| | |
|---|---|
| United States Attorney's Office | QUINTERO BROCHE, P.A. |
| Southern District of Florida | 75 Valencia Avenue, Ste. 800 |
| 99 N.E. 4th Street | Coral Gables, Florida  33134 |
| Miami, FL 33132 | Tel: (305) 446-0303 |
| Tel: 305-961-9000 | Fax: (305) 446-4503 |
| | |
| BY: */s/ Stefan Diaz Espinosa* | BY: */s/ Frank Quintero, Jr.* |
|     STEFAN DIAZ ESPINOSA |     FRANK QUINTERO, JR. |
|     Assistant U.S. Attorney |     Attorney for Defendant |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed this 24th day of MAY, 2023 via CM/ECF with correct copies of the foregoing furnished via regular U.S. Mail to all counsel of record.

Respectfully submitted,

QUINTERO BROCHE, P.A
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Tel.: 305-446-0303/Fax: 305-446-4503

By: /s/ *Frank Quintero, Jr.*
     FRANK QUINTERO, JR.
     Florida Bar No.: 399167